# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136959

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHFIELD LANDFILL, INC.,
        Plaintiff-Appellee,

v

STATE OF MICHIGAN and DEPARTMENT
OF NATURAL RESOURCES,
        Defendant-Appellant.

SC: 136959
COA: 272519
Ingham CC of Claims:
 93-015002-MZ

_____/

On order of the Court, the application for leave to appeal the June 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

Clerk